ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Spectrum Healthcare Resources, Inc. | ) ASBCA No. 62730 |
| | ) |
| Under Contract No. HT0014-18-D-0030 | ) |

APPEARANCES FOR THE APPELLANT:    J. Chris Haile, Esq.
                                                   Skye Mathieson, Esq.
                                                    Crowell & Moring LLP
                                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Erik A. Troff, Esq.
                                                   DHA Chief Trial Attorney
                                                   Colby L. Sullins, Esq.
                                                   James A. Douglas, Esq.
                                                   Trial Attorneys
                                                   Defense Health Agency
                                                   Falls Church, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 4, 2022

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62730, Appeal of Spectrum Healthcare Resources, Inc., rendered in conformance with the Board's Charter.

Dated:  January 6, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals